UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VIRGILIA PENARIJO,<br><br>　　　　　　　　Plaintiff,<br>v.<br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-02121-RFB-PAL<br><br>ORDER |

The court conducted a scheduling conference on April 16, 2018, regarding the parties' proposed Joint Discovery Plan and Scheduling Order requesting special scheduling review (ECF No. 27). Michael Lee appeared on behalf of plaintiff, and Ace Van Patten appeared on behalf of the defendants. A Scheduling Order (ECF No. 25) was entered by the court on March 8, 2018, when the parties failed to submit as proposed plan as required by LR 26-1. The plaintiff was pro se until March 22, 2018. The parties are attempting to resolve this case by negotiating a loan modification, and wish to avoid the cost of litigation while they attempt to resolve the matter. The court will grant the parties stipulation with the caveat that having received twice the amount of time deemed presumptively reasonable by LR 26-1 to complete discovery the parties are unlikely to receive any further extensions. The court advised counsel to proceed expeditiously to determine whether the matter would be resolved through a loan modification or failing that, with whatever discovery is needed to get this case ready for trial.

**IT IS ORDERED:**

1. The following discovery plan and scheduling order dates shall apply:

　　a.　　Last date to complete discovery: **September 19, 2018**

　　b.　　Last date to amend pleadings and add parties: **June 20, 2018.**

　　c.　　Last date to file interim status report: **July 20, 2018.**

d.　Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **July 20, 2018.**

　　　　e.　Last date to disclose rebuttal experts: **August 20, 2018.**

　　　　f.　Last date to file dispositive motions: **October 19, 2018.**

　　　　g.　Last date to file joint pretrial order: **November 19, 2018**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2.　The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3.　Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **August 29, 2018,** and shall fully comply with the requirements of LR 26-4.

DATED this 19th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE