MICHAEL B. LEE, ESQ.
Nevada Bar No. 10122
MICHAEL B. LEE, P.C.
1820 E. Sahara Avenue, Ste. 110
Las Vegas, Nevada 89104
Telephone: (702) 477-7030
Facsimile: (702) 477-0096
mike@mblnv.com

In Association with:

JUDE E. NAZARETH, ESQ.
Nevada State Bar No. 10695
MONTEZ NAZARETH LAW.
7925 W. Russell Rd. # 401506
Las Vegas, Nevada 89140
Telephone: (702) 948.7474
Facsimile: (702) 948.7474
jedward@mnlawnv.com

*Attorneys for Plaintiff*
*VIRGILIA PENARIJO*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIRGILIA PENARIJO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC.; THE BANK OF NEW YORK MELLON (FKA THE BANKOF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4; and WESTERN PROGRESSIVE-NEVADA, INC., as Trustee for Beneficiary,<br><br>Defendants. | Case No: 2:17-cv-02121-RFB-PAL<br><br>**STIPLUATION AND ORDER TO EXTEND BREIFING SCHEDULE** |

**STIPLUATION AND ORDER TO EXTEND BREIFING SCHEDULE**

Plaintiff VIRGILIA PENARIJO ("Plaintiff" or "Penarijo"), appearing by and through her attorneys, MICHAEL B. LEE, P.C. and MONTEZ NAZARETH LAW., and Defendants OCWEN LOAN SERVICING, LLC ("OLS"), THE BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4 ("Bank of New York"), and WESTERN

MICHAEL B. LEE, P.C.
1820 E. SAHARA AVENUE STE. 110
LAS VEGAS, NEVADA 89104
TEL – (702) 477.7030; FAX – (702) 477.0096

1 PROGRESSIVE NEVADA, INC. ("WPN") (OLS, Bank of New York, and WPN are collectively referred to as "Defendants"), appearing by and through their attorneys, WRIGHT, FINLAY, & ZAK, LLP, based on the following information:

1. On or about August 13, 2018, the Parties filed a Joint Status Report for this matter (ECF No. 37). Therein, the Parties requested a 90 day extension to the August 13, 2018 status check related to the requested short sale of the subject real property. *Id*. at 3:12-20.

2. On January 22, 2019, this Honorable Court issued a Minute Order that:

> the parties shall have until February 19, 2019 to file a stipulation to dismiss if they have settled. If the parties have not settled defendants shall have until February 19, 2019 to refile motions to dismiss which were pending and set for hearing and vacated when the parties filed their Notice of Settlement. Signed by Magistrate Judge Peggy A. Leen on 1/18/2019. (Copies have been distributed pursuant to the NEF - MMM)

3. On February 13, 2019, the Parties filed their Joint Status report stating that:

> On September 21, 2018, Ocwen approved Ms. Penarijo's request for a short sale under the terms acceptable to Ocwen. Ms. Penarijo received short sale approval from the second lender on the subject real property. Plaintiff secured a buyer for the subject real property, and the property is set to close on March 23, 2019.

(ECF No. 39).

4. As no minute order granting an extension for Defendants to file their motions to dismiss, Defendants, out of an abundance of caution, filed their Motion to Dismiss (ECF No. 40) and their Motion for Judicial Notice (ECF No. 41) on February 19, 2019. However, Defendants only filed to preserve the Motions, but have the expectation that this matter will resolve by way of the short sale.

5. Plaintiff's Opposition is due in normal course on or before **March 5, 2019**, but the Parties stipulated and agreed to provide Plaintiff with an extension to file the Reponses on or before April 8, 2019 as a matter of judicial efficient to and reduce the costs related thereto as both Parties expect this matter to resolve by way of the short sale set to close on March 23, 2019.

/ / / /

/ / / /

/ / / /

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff's counsel and Defendants' counsel, that the deadline for Plaintiff to file its Opposition to Defendants' Motion to Dismiss, which was filed on February 19, 2019, shall be extended to **April 8, 2019**.

DATED this 27 of February, 2019.                    DATED this 27 of February, 2019.

/s/ Michael Lee                                                       /s/ Samuel Ehlers
MICHAEL B. LEE, ESQ. (NSB 10122)          R. SAMUEL EHLERS, ESQ. (NSB 9313)
1820 E. Sahara Ave. Ste. 110                          POOJA KUMAR, ESQ. (NSB 12988)
Las Vegas, Nevada 89104                                7785 W. Sahara Ave. Ste. 200
*Attorney for Plaintiff*                                          Las Vegas, Nevada 89117
                                                                              *Attorneys for Defendants*

### ORDER

Based on the **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**, the Stipulation is GRANTED and the date for which Plaintiff is to reply to Defendant's Motion to Dismiss has been extended to **April 8, 2019**.

Dated this __28th__ day of __February__, 2019.

RICHARD F. BOULWARE, II
United States District Judge