WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 891417
(702) 475-7964; Fax: (702) 946-1345
sehlers@wrightlegal.net
*Attorney for Defendants Ocwen Loan Servicing LLC, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Holders of American Home Mortgage Investment Trust 2004-4, and Western Progressive-Nevada, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIRGILIA PENARIJO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC.; THE BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4; and WESTERN PROGRESSIVE-NEVADA, INC., as Trustee for Beneficiary,<br><br>Defendants. | Case No.: 2:17-cv-02121-RFB-PAL<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

This matter came before the Court by Defendants, Ocwen Loan Servicing, LLC ("Ocwen"), The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Holder of American Home Mortgage Investment Trust 2004-4 ("BNY"), and Western Progressive-Nevada, Inc. ("Western Progressive") (collectively, "Defendants") and Virgilia Penarijo ("Penarijo") (collectively "Parties") Stipulation to Dismiss with Prejudice the Court hereby enters the following:

///

///

IT IS ORDERED, ADJUDGED, AND DECREED that Pursuant to the Stipulation to Dismiss submitted by the parties that the above-captioned case is hereby dismissed with prejudice.

IT IS SO ORDERED.

This <u>8th</u> day of <u>     April          </u>, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,
WRIGHT, FINLAY & ZAK, LLP


*/s/ R. Samuel Ehlers, Esq.*  _____
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 891417
(702) 475-7964; Fax: (702) 946-1345
sehlers@wrightlegal.net
*Attorney for Defendants Ocwen Loan Servicing LLC, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Holders of American Home Mortgage Investment Trust 2004-4, and Western Progressive-Nevada, Inc.*


Approved as to Form and Content

MICHAEL B. LEE, ESQ.


*/s/ Michael B. Lee, Esq.*
Michael B. Lee, Esq.
Nevada Bar No. 10122
1820 East Sahara Avenue, Suite 110
Las Vegas, Nevada 89104
*Attorney for Plaintiff Virgilia Penarijo*

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 5th day of April, 2019, a true and correct copy of this **ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail. postage prepaid and addressed to the following.

Michael B. Lee, Esq.
Nevada Bar No. 10122
1820 East Sahara Avenue, Suite 110
Las Vegas, Nevada 89104
*Attorney for Plaintiff Virgilia Penarijo*

                     */s/ Dekova Huckaby*
                     An Employee of WRIGHT, FINLAY & ZAK, LLP